Before STATE INDUSTRIAL BOARD, Respondent. PETER CLEMENTS, Respondent, v. THE PERMUTIT COMPANY and Another, Appellants.— Award reversed and

claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence in support of the finding that claimant suffered a permanent total loss of vision of one eye. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. THEODORE COLE, Respondent, v. EBSARY GYPSUM COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.